IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUCIA FANCHER, individually and
as personal representative of the
ESTATE OR NICK DOMINGUEZ,

      Plaintiff,

v.                                        No. CIV-11-0118 LH/LAM

JOHNNY BARRIENTOS, in his individual capacity,
SHERIFF TODD GARRISON, in his individual and
official capacity, and the COUNTY OF DOŇA ANA,

      Defendants.

## ORDER TO NOTIFY THE COURT REGARDING
## DEFENDANTS' POSITION ON DOCUMENT 124

**THIS MATTER** is before the Court on Plaintiff's *Second Motion to Extend Rebuttal Disclosure Deadline (Doc. 124),* filed March 10, 2014, in which Plaintiff asks for an additional sixty (60) days to disclose a rebuttal expert. Plaintiff states in the motion that "Defendants' position on this motion was sought but not obtained prior to filing." *Id.* at 2. Plaintiff does not state what steps were taken to determine whether the motion is opposed, nor does she attach documentation, if any, supporting her efforts, and the Court has previously explained to counsel that they should do so if they are unable to obtain the opposing party's position on a motion. In the interests of judicial efficiency, the Court hereby orders Plaintiff to notify the Court by filing a notice no later than **Friday, March 14, 2014** stating whether this motion is opposed, or, if Plaintiff is unable to obtain Defendants' position on the motion, Plaintiff must state what steps were taken to determine Defendants' position and attach appropriate documentation, if any.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**